## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ANGEL PEREZ,

        Plaintiff,

vs.                                          CASE NO. 6:06-CV-1648-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 19, filed December 31, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 19) is **ADOPTED and AFFIRMED.** The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, to close this file.

**DONE AND ORDERED** at Orlando, Florida, this  22nd  day of January, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record